STACER *v.* WHITE & HAMILTON LUMBER COMPANY *et al.*

GEORGE, J. Under conflicting evidence the court did not err in refusing to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 1276.  OCTOBER 16, 1919.

Petition for injunction. Before Judge Park. Hancock superior court. December 6, 1918.

*R. H. Lewis,* for plaintiff.

*Burwell & Fleming,* for defendants.